[No. 679-1.    Division One—Panel 2.    January 10, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ANTHONY SAVOIE, *Defendant*, WAYNE DELBERT FORGUE, *Appellant*.

[No. 906-1.    Division One—Panel 2.    January 10, 1972.]

DURWOOD MANUFACTURING, INC., *Respondent*, v. MARCUS B. METZGER *et al.*, *Defendants*, HUGH P. BOYLE *et al.*, *Appellants*.

[No. 410-2.    Division Two.    January 19, 1972.]

WALTER M. DUNCAN, *Respondent*, v. ABRAHAM J. BOTNICK *et al.*, *Appellants*.

[No. 458-2.    Division Two.    January 21, 1972.]

KENNETH W. MAYES, *Respondent*, v. QUENTEN EMERY *et al.*, *Appellants*, DALE SWEENY *et al.*, *Respondents*.